IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| EAGLE ONE ELECTRIC CORP. | ) | |
| | ) | |
| v. | ) | NO. 3:05-00804 |
| | ) | JUDGE CAMPBELL |
| METROPOLITAN NASHVILLE | ) | |
| AIRPORT AUTHORITY | ) | |

ORDER

Pending before the Court is Defendant Metropolitan Nashville Airport Authority's Motion to Dismiss (Docket No. 9). For the reasons stated in the accompanying Memorandum, Metropolitan Nashville Airport Authority's Motion to Dismiss (Docket No. 9) is DENIED.

Also pending before the Court is Defendant Metropolitan Nashville Airport Authority's Motion to Stay Proceedings Pending Resolution of Motion to Dismiss (Docket No. 14) and Joint Motion for Additional Briefing Regarding Authority's Motion to Dismiss (Docket No. 17). Defendant's Motion to Stay (Docket No. 14) is DENIED as moot and Joint Motion for Additional Briefing (Docket No. 17) is DENIED as moot.

IT IS SO ORDERED.

*Todd Campbell*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE